# WASHINGTON, DC
## DRIVER LICENSE



4d.DLN 3317
4b.EXP 02/25/2022
1.FAMILY NAME PATEL
2.GIVEN NAMES KASHYAP PRAMOD
8.ADDRESS FLORIDA AVE NW # WASHINGTON, DC 20001-4026
15.SEX M
16.HGT 5'-08"
17.WGT 161
18.EYES BLK
3.DOB 02/25/1980
4a.ISS 05/15/2014
9.CLASS D
9a.ENDORSEMENTS O
12.RESTRICTIONS B
5.DD: 24413074
DONOR
K. P. PATEL 02/25/1980
DL
USA


